**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**KIERA S. JACKSON** **PLAINTIFF**
**ADC #156189**

**v.** **Case No. 2:26-cv-00014-KGB**

**ARKANSAS, STATE OF,**
**Dentist Infirmary, Delta Regional Unit, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 9). The parties have not filed any objections to the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Kiera S. Jackson's constitutional claims in Jackson's complaint and amended complaint are dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. Nos. 2; 7). The Court declines to exercise supplemental jurisdiction over any state law negligence claims, and these claims are dismissed without prejudice (*Id.*). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so ordered this the 29th day of July, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge